UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS CLINTON COLEMAN,

        Plaintiff,

  v.

CATHERINE SCHROEDER, *et al.*,

        Defendants.

CASE NO. C19-1497-JCC

ORDER

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 7). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 7) is ADOPTED and APPROVED;
2. Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 6) is DENIED.
3. Plaintiff is directed to pay the $400 filing fee within thirty (30) days of the date on which this order is issued. Failure to timely submit the requisite filing fee will result in immediate termination of this action.
4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Peterson.

1       DATED this 3rd day of December 2019.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE